UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TODD L. NACHTWEIH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21-cv-00371-SEP |
| ) | |
| MISSOURI DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF PARTIAL DISMISSAL

In accordance with the Memorandum & Order entered this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Counts I and II against MDOC, and Count III against Defendants Precythe, Massman, and Payne are dismissed with prejudice.

Dated this 31st day of March, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE